UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC CHURCHILL,<br><br>        Plaintiff,<br><br>    v.<br><br>C. DUONG, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-001106-CDB (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(Doc. 1) |

Plaintiff Dominic Churchill ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action with the filing of a complaint and request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2). Plaintiff alleges that Defendants C. Duong, E. Romero, and W. Rocha, correctional officers at California Medical Facility – Vacaville (collectively, "Defendants") violated his civil rights by using excessive force against him.  (Doc. 1 at 3).  Plaintiff asserts that the underlying events occurred at the California Medical Facility in Vacaville, California, which is located in Solano County.  *Id.* at 1, 3.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  E.D. Cal. L.R. 120(f).  In this case, Plaintiff's claims arose and the underlying events occurred at California Medical Facility, located in the city of Vacaville, which is in Solano County.

1

*See* (Doc. 1).  The named Defendants are employees of California Medical Facility located in Solano County.  *Id.*  Solano County is located in the Sacramento Division of the Eastern District of California.  *See* E.D. L.R. 120(d); 28 U.S.C. § 84(b).  Therefore, the Court finds that the interests of justice will be better served by transferring this case to the Sacramento Division of the Court.  *See* 28 U.S.C. § 1404(a).  Thus, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) will not be addressed until after reassigned to a magistrate judge of the Sacramento Division.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **February 11, 2026**    _____
UNITED STATES MAGISTRATE JUDGE

2